IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**UNITED STATES OF AMERICA**

v.

**BRANDICE B. WINKFIELD**

Case No. 7:12-cr-13 (HL)

ORDER

The Court acknowledges receipt of a letter from Brandice B. Winkfield, received July 19, 2013, in which Winkfield asks for a reduction of her sentence based on a variety of health and family issues. While the Court is sympathetic to her plight, the Court does not have the authority to reduce her sentence without a motion from the Government requesting a reduction of her sentence for some specific reason. The Court is unable to grant Winkfield's request for a sentence reduction and her motion is denied.

**SO ORDERED**, this 19th day of July, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebrs